UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SHELIA R. J.,

    Plaintiff,

v.                                    No. 6:19-CV-053-H-BU

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on July 29, 2021. *See* Dkt. No. 28. Judge Parker recommended that the Court grant in part plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act. *Id.* at 8. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. Thus, the Court awards plaintiff $7,055.88 in attorneys' fees. Defendant shall make the check payable to plaintiff but must mail the check to the address of plaintiff's attorney, Michael T. Kelly, at Morgan & Weisbrod, P.O. Box 821329, Dallas, Texas 75243.

So ordered on August 23, 2021.

                                                     JAMES WESLEY HENDRIX
                                                     UNITED STATES DISTRICT JUDGE