UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SHEILA RENEE J.,

    Plaintiff,

v.

KILILO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. 6:19-CV-053-H-BU

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the plaintiff's attorneys' motion for attorney fees. Dkt. Nos. 30; 32. The Commissioner did not object but nevertheless "submit[ted] that [the plaintiff's attorneys'] requested fee does not appear to be unreasonable." Dkt. No. 31 at 1.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR.

The Court awards the plaintiff's attorneys $17,000.00 in fees under 42 U.S.C. § 406(b), to be certified and disbursed by the Commissioner. Further, the Court orders that the plaintiff's attorneys return to the plaintiff $7,055.88 in previously awarded fees by no later than December 1, 2023.

– 2 –

So ordered on October 25, 2023.

                                                                                  JAMES WESLEY HENDRIX
                                                                                   UNITED STATES DISTRICT JUDGE